[No. 31686-9-I. Division One. December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTON RAMON WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03967-4, John M. Darrah, J., entered November 8, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32907-3-I. Division One. December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CATHY LYNN WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05324-1, Carmen Otero, J., entered May 18, 1993. *Affirmed* by unpublished opinion per Pekelis, C.J., concurred in by Coleman and Webster, JJ.

[No. 16690-9-II. Division Two. December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO BARRAGAN FARIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00122-4, Gary W. Velie, J., entered December 11, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Alexander and Houghton, JJ.